BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY, a California public interest organization,<br><br>         Plaintiff,<br><br>v.<br><br>SALLY JEWELL, Secretary , U.S. Department of the Interior, in her official capacity, DAN ASHE, Director, U.S. Fish and Wildlife Service, in his official capacity; and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>         Defendants. | Case No. 1:15-cv-01862 SAB<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL; ORDER** |

Plaintiff Center for Environmental Science, Accuracy & Reliability ("Plaintiff") and Defendant United States Fish and Wildlife Service, a component bureau of the United States Department of the Interior ("Defendant" or "FWS"),[1] by and through their respective counsel, hereby stipulate and agree as follows:

///

///

---

[1]  FOIA does not apply to Sally Jewell or Dan Ashe because they are individuals, not agencies. 5 U.S.C. § 552(a)(4)(B); *see also Drake v. Obama,* 664 F.3d 774, 785–86 (9th Cir. 2011)  (A FOIA plaintiff may not assert a claim against an individual federal official; the proper defendant is the agency); *Bothwell v. Brennan,* 2014 WL 953500. at *5 (N.D. Cal. Mar. 6, 2014) (dismissing the federal employee sued in an official capacity and finding the agency sufficiently identified in the body of the complaint).  To the extent these individuals are named, the claims are dismissed with prejudice.

1.      Plaintiff agrees to dismiss this action with prejudice;

2.      Defendant shall pay $3,500.00 in attorneys' fees and costs to Plaintiff.  Payment of this money will be made by check or electronic funds transfer promptly after filing the fully executed copy of this Stipulation and after receipt of necessary information from counsel for Plaintiff in order to effectuate the payment.

3.      This Stipulation of Settlement and Dismissal constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case, including all claims for attorneys' fees and costs.

4.      This Stipulation of Settlement and Dismissal does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5.      This Stipulation of Settlement and Dismissal is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6.      Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Any and all remaining issues related to the FOIA request described in the complaint are waived.

7.      The persons signing this Stipulation of Settlement and Dismissal warrant and represent that they possess full authority to bind the party on whose behalf they are signing to the terms of the Stipulation.

///

///

///

///

///

///

8.    This Stipulation of Settlement and Dismissal may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same document.  A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

Respectfully submitted,

Dated:  March 4, 2016            BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY


                                /s/Jeffrey J. Lodge
                                JEFFREY J. LODGE
                                Assistant United States Attorney
                                Attorney for the United States

                                (As authorized 03/04/16)
Dated:  March 4, 2016           /s/Leah R. Zabel
                                LEAH R. ZABEL
                                Attorney for Plaintiff




**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  ___March 11, 2016___          _____
                                        SENIOR  DISTRICT  JUDGE